UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERNAN SANCHEZ MARTINEZ,

Petitioner,

v.

KENNETH GENALO, Field Office Director of Enforcement
and Removal Operations, New York Field Office, Immigration
and Customs Enforcement; DAVID VENTURELLA, Acting
Director, Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary, U.S. Department of
Homeland Security; TODD BLANCHE, U.S. Attorney
General.,

Respondents.

26-CV-4248

ORDER

RONNIE ABRAMS, United States District Judge:

Petitioner Hernan Sanchez Martinez, an El Salvadorean national who entered the United States in 1993 without apprehension, and was subsequently detained in 2019 and released pursuant to an Order of Supervision, was re-detained on May 5, 2026 by U.S. Immigration and Customs Enforcement ("ICE"). *See* Dkt. Nos. 1 ("Pet."); 4 ("Am. Pet.") ¶¶ 1, 13; Dkt. No. 11 ("Rosseau Decl.") ¶ 4. He filed a petition for a writ of habeas corpus on May 21, 2026. For the reasons stated on the record during today's hearing, the Court grants Mr. Sanchez Martinez's habeas petition in part, and orders his release within 24 hours of the filing of this order. The Government shall also return all personal property in its custody to him upon release. The Government shall promptly file proof of compliance on the docket.

SO ORDERED.

Dated:      June 5, 2026
            New York, New York

Ronnie Abrams
United States District Judge