UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERNAN SANCHEZ MARTINEZ,

                Petitioner,

        v.

KENNETH GENALO, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement; DAVID VENTURELLA, Acting Director, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, U.S. Attorney General.,

                Respondents.

26-CV-4248

ORDER

---

RONNIE ABRAMS, United States District Judge:

On June 5, 2026, this Court ordered Petitioner Hernan Sanchez Martinez released from the custody of U.S. Immigration and Customs Enforcement and further ordered the Government to file proof of compliance on the docket promptly. *See* Dkt. No. 14 ("Order"). No such proof has been filed to date. No later than June 15, 2026, the Government shall confirm that Mr. Sanchez Martinez was released within 24 hours of the Court's Order.

SO ORDERED.

Dated:        June 12, 2026
               New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge