UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERNAN SANCHEZ MARTINEZ,

Petitioner,

v.

KENNETH GENALO, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement; DAVID VENTURELLA, Acting Director, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, U.S. Attorney General.,

Respondents.

26-CV-4248 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 16, 2026, Petitioner was re-detained by Immigration and Customs Enforcement ("ICE"). Shortly thereafter, he moved for emergency relief directing his relief from custody. *See* Dkt. No. 21 ("TRO"). Respondents are hereby ordered to file an opposition by 7:00 a.m. on Monday July 20, 2026 showing cause as to why Petitioner's request for emergency relief should not be granted. Petitioner shall have the opportunity to reply by 7:00 p.m. that same day.

This matter shall be heard by the Court on July 21, 2026 at 12:00 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007. Respondents shall produce Petitioner at this hearing.

Respondents are reminded that the Court's May 21, 2026 Order remains in effect. *See* Dkt. No. 3. Accordingly, Petitioner shall not be removed from the United States or transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2–3 (S.D.N.Y. June 13, 2025) (enjoining a habeas petitioner's transfer pending

adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14–16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8–9, *11 (N.D. Cal. Sept. 18, 2025) (same).

SO ORDERED.

Dated: July 16, 2026
New York, New York

Ronnie Abrams
United States District Judge