

July 17, 2026

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Rm. 1506
New York, NY 10007

      RE:    *Sanchez Martinez v. Genalo et al.*, 1:26-cv-4248 (RA)

Dear Judge Abrams:

      Our office writes to supplement Petitioner's motion for a temporary restraining order or interim release order filed yesterday at ECF No. 21. As Petitioner noted in that filing, in releasing Mr. Sanchez on June 5, 2026, the Court kept in place its prior order, issued on May 21, restricting his removal from the U.S. and his transfer outside the Eastern District of New York, or the District of New Jersey. *See* Pet. Memo. (ECF No. 21-2) at 7. Mr. Sanchez's counsel, who was present with him he was detained, repeatedly reminded ICE officers of that order and counsel in the instant petition twice asked Respondents' counsel to remind ICE of that order, both before and immediately after Mr. Sanchez was detained. Respondents' counsel confirmed that she did so.

      In addition, after Mr. Sanchez filed his motion, the Court issued an order at 5:48 p.m. affirming that its "May 21, 2026 Order remains in effect. *See* Dkt. No. 3. Accordingly, Petitioner shall not be removed from the United States or transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court." *See* Order (ECF No. 22).

      Notwithstanding that order, Mr. Sanchez is now detained in Pennsylvania. *See* Exh. A, ICE Locator. The agency's failure to comply with a binding court order is unfortunately reflective of an endemic problem in this district and throughout the country. *See Kumar v. Soto*, 822 F. Supp. 3d 450, 459 (D.N.J. 2026) ("The investigation uncovered a large number of violations of no-transfer injunctions"); *e.g. Sandoval Sequera v. Francis et al.*, 1:-25-cv-9011 (AKH) (S.D.N.Y. Nov. 10, 2025) (ECF No. 12) (disclosing the violation of a court order against removal from the New York City area); *Minarcaja Concha v. Lyons*, 818 F. Supp. 3d 495, 496 (E.D.N.Y. 2026) (noting Petitioner's transfer in violation of two court orders).

| BROOKLYN | QUEENS | STATEN ISLAND | LONG ISLAND | WESTCHESTER |
|---|---|---|---|---|
| 301 GROVE STREET | 104-19 ROOSEVELT AVENUE | 161 PORT RICHMOND AVENUE | 1090 SUFFOLK AVENUE | 46 WALLER AVENUE |
| BROOKLYN, NY 11237 | CORONA, NY 11368 | STATEN ISLAND, NY 10302 | BRENTWOOD, NY 11717 | WHITE PLAINS, NY 10605 |
| 718 418 7690 | 718 565 8500 | 718 727 1222 | 631 231 2220 | 914 948 8466 |

MAKETHEROADNY.ORG

Mr. Sanchez has sought release in part on the basis of extraordinary circumstances. "[I]t is an extraordinary circumstance when an individual is transported across the country despite a court order." *Ozturk v. Trump,* 783 F. Supp. 3d 801, 812 (D. Vt. 2025); *Lopez Pinto v. Mattos,* No. 2:26-CV-00974-MMD-DJA, 2026 WL 1708201, at *3 (D. Nev. June 12, 2026) ("The government's unlawful transfer of Petitioner in violation of this Court's order, regardless of intent, likely qualifies as such an extraordinary circumstance"); *Clarke v. U.S. Dep't of Homeland Sec.*, No. 25-CV-6773 (GRB), 2025 WL 3674471, at *9 (E.D.N.Y. Dec. 18, 2025) (granting bail because "ICE's transgressions" included among other things "failure to produce the Petitioner for the hearing" and "ignoring this Court's order providing for Clarke's immediate release, [which] cannot be overlooked.").

Mr. Sanchez respectfully submits that his interim release pending this Court's adjudication of his underlying petition would be an appropriate response to Respondents' failure to abide by a court order, in light of his strong legal claims and other extraordinary factors.

We thank the Court for its time and consideration of this matter.


Respectfully,


/s/ Paige Austin
Paige Austin
Harold A. Solis
Make the Road NY
301 Grove Street
Brooklyn, NY 11237

*Counsel for Petitioner*

Consistent with this Court's prior orders, Dkt. Nos. 3, 22, Respondents are ordered to promptly transfer Petitioner to a facility within this District, the Eastern District of New York, or the District of New Jersey. Respondents are further ordered to produce Petitioner for the hearing scheduled for 12:00 p.m. on July 21, 2026. *See* Dkt. No. 22.

No later than July 20, 2026, Respondents shall file a letter explaining how and why Petitioner was transferred to Pennsylvania in contravention of the Court's prior orders.

SO ORDERED.

_____
Hon. Ronnie Abrams
July 17, 2026

2

Official Website of the Department of Homeland Security

**U.S. Immigration and Customs Enforcement**

Report Crimes: Email or Call 1-866-DHS-2-ICE

☰ Main Menu

< BACK TO RESULTS

## Facility Page

### Detention Information For:

**HERNAN HERIBERTO SANCHEZ MARTINEZ**
**Country of Birth:** El Salvador
**A-Number:** 094429551

### Current Detention Facility:

MOSHANNON VALLEY ICE PROCESSING CENTER
555 GEO DRIVE
NA
Philipsburg, PA 16866
**Visitor Information:** (717) 767-2300

MORE INFORMATION >

## ERO Office Information

Family members and legal representatives may be able to obtain additional information about this individual's case by contacting this ERO office:

Moshannon Valley Processing Center
**Phone Number:** (814) 768-1200

BACK TO SEARCH >

## Related Information

### Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

### External Links

Bureau of Prisons Inmate
Locator

DHS.gov USA.gov OIG OpenFOIA Metrics No Site Site
Gov Fear Map Policies
Act & Plug-
Ins