UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERNAN SANCHEZ MARTINEZ,

Petitioner,

v.

KENNETH GENALO, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement; DAVID VENTURELLA, Acting Director, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, U.S. Attorney General.,

Respondents.

26-CV-4248

ORDER

RONNIE ABRAMS, United States District Judge:

Petitioner, an El Salvadorean national who entered the United States in 1993 without apprehension, and was subsequently detained in 2019 and released pursuant to an Order of Supervision ("OSUP"), was re-detained on May 5, 2026 by U.S. Immigration and Customs Enforcement ("ICE"). *See* Dkt. Nos. 1 ("Pet.") ¶ 4; Dkt. No. 4 ("Am. Pet.") ¶¶ 14, 18. He filed a habeas petition on May 21, 2026. Following a hearing on June 5, 2026, this Court ordered his release. Dkt. No. 14.

On July 16, 2026, ICE re-detained Mr. Sanchez Martinez. Dkt. No. 21 at 1. Shortly thereafter, he moved for emergency relief, again seeking immediate release. *Id.* For the reasons set forth in its July 20, 2026 letter, the Government does not oppose the requested relief.

The Court orders Mr. Sanchez Martinez to be released by 5:00 p.m. today, subject to an OSUP with the same conditions that governed his prior release. Upon his release, the Government shall return all personal property in its custody. The Government shall promptly

file proof of compliance on the docket. This Court's prior orders, Dkt. Nos. 3, 22, remain in effect.

SO ORDERED.

Dated: July 20, 2026
New York, New York

Ronnie Abrams
United States District Judge